**Marcos Polo SALAZAR–REYES, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 05–72126.

United States Court of Appeals, Ninth Circuit.

July 13, 2009.

Carla B. Higginbotham, McDonald Carano Wilson, LLP, Reno, NV, for Petitioner.

AZP–District Director, Office of the District Director U.S. Department of Homeland Security, Phoenix, AZ, Carol Federighi, Esquire, Senior Litigation Counsel, Susan Houser, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, GRABER, and WARDLAW, Circuit Judges.

### ORDER

The memorandum disposition in *Salazar–Reyes v. Holder,* No. 05–72126, 2009 WL 1515693 (9th Cir. June 1, 2009), is vacated.

IT IS SO ORDERED.